STONE, Judge,
dissenting.
In my judgment the petition lacks a sufficient factual predicate for the allegations and is insufficient to require a hearing. I would affirm. Gorham v. State, 521 So.2d 1067 (Fla.1988); Ricco v. State, 474 So.2d 327 (Fla. 4th DCA 1985); Martinelli v. State, 467 So.2d 841 (Fla. 4th DCA 1985); Wilson v. State, 531 So.2d 1012 (Fla. 2d DCA 1988); Prince v. State, 508 So.2d 447 (Fla. 1st DCA 1987); Swain v. State, 502 So.2d 494 (Fla. 1st DCA 1987).